THE STATE EX REL. NEUMEYER, APPELLEE AND CROSS-
APPELLANT, *v.* INDUSTRIAL COMMISSION OF OHIO,
APPELLANT AND CROSS-APPELLEE.

[Cite as *State ex rel. Neumeyer v. Indus.
Comm.* (1996), 76 Ohio St.3d 51.]

(No. 94–2755—Submitted June 5, 1996—Decided July 3, 1996.)

52

*Stewart Jaffy & Associates Co., L.P.A., Stewart R. Jaffy* and *Marc J. Jaffy,* for appellee and cross-appellant.

*Betty D. Montgomery,* Attorney General, and *William McDonald,* Assistant Attorney General, for appellant and cross-appellee.

---

*Per Curiam.* On authority of our decision in *State ex rel. Holman v. Longfellow Restaurant* (1996), 76 Ohio St.3d 44, 665 N.E.2d 1123, the judgment of the court of appeals is reversed.

*Judgment reversed.*

MOYER, C.J., PFEIFER, COOK and STRATTON, JJ., concur.

DOUGLAS, J., dissents.

RESNICK and F.E. SWEENEY, JJ., dissent and would affirm the judgment of the court of appeals.